## EUSTACE, PREZIOSO & YAPCHANYK
### ATTORNEYS AT LAW

EDWARD M. EUSTACE
RICHARD C. PREZIOSO
CHRISTOPHER M. YAPCHANYK
LAUREN S. YANG

PAUL A. TUMBLESON
REGINE DELY-LAZARD
MAUREEN E. PEKNIC
ANTHONY J. TOMARI
THOMAS B. FERRIS
TERENCE H. DEMARZO
ROBERT M. MAZZEI
ROBERT M. MICHELL
MILES A. LINEFSKY

55 WATER STREET • 28TH FL.
NEW YORK, NY 10041
TEL (212) 612-4200
FAX (212) 612-4284

NOT A PARTNERSHIP OR PROFESSIONAL
CORPORATION

DANIEL P. ROCCO
MICHAEL S. MUNGER
HILLARY A. FRAENKEL
BHAVLEEN K. SABHARWAL
PETER T. MENSCHING
JUSTIN V. BUSCHER
VACH VIVACHARAWONGSE

OF COUNSEL
ALAN J. HARRIS
BRENDAN HENNESSY
JONATHAN E. HILL
MICHELLE GRAMLICH
MITCHELL A. GREENE
RICHARD J. WELLS

December 15, 2020

*By ECF*

MEMO ENDORSED

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** ***Romero v. Route 11 Potato Chips, LLC***
Civil Action Number: 20-cv-8528 (SHS)(BCM)

Dear Judge Stein:

We represent the defendant Route 11 Potato Chips, LLC in the above-referenced litigation. We write on behalf of all parties to advise the Court that the parties have resolved all issues in this litigation through settlement. We accordingly request all dates be adjourned for thirty (30) days to allow the parties to consummate their settlement agreement and to execute a stipulation of dismissal with prejudice.

We thank the Court for its time and consideration.

Respectfully submitted,

Anthony J. Tomari

cc/ECF
Cohen & Mizrahi LLP

The time to respond to the complaint is extended to January 15, 2021. The initial pretrial conference is adjourned to January 15, 2021, at 11:00 a.m.
Dated: New York, New York
December 15, 2020

SO ORDERED

SIDNEY H. STEIN