**EUSTACE, PREZIOSO & YAPCHANYK**
ATTORNEYS AT LAW

EDWARD M. EUSTACE
RICHARD C. PREZIOSO
CHRISTOPHER M. YAPCHANYK
LAUREN S. YANG
―――――――――――――――
PAUL A. TUMBLESON
REGINE DELY-LAZARD
MAUREEN E. PEKNIC
ANTHONY J. TOMARI
THOMAS B. FERRIS
TERENCE H. DEMARZO
ROBERT M. MAZZEI
ROBERT M. MICHELL
MILES A. LINEFSKY

55 WATER STREET • 28TH FL.
NEW YORK, NY 10041
TEL (212) 612-4200
FAX (212) 612-4284

NOT A PARTNERSHIP OR PROFESSIONAL CORPORATION

DANIEL P. ROCCO
MICHAEL S. MUNGER
HILLARY A. FRAENKEL
BHAVLEEN K. SABHARWAL
PETER T. MENSCHING
JUSTIN V. BUSCHER
VACH VIVACHARAWONGSE
CLAUDE E. LAROCHE

OF COUNSEL
ALAN J. HARRIS
BRENDAN HENNESSY
JONATHAN E. HILL
MICHELLE GRAMLICH
MITCHELL A. GREENE

January 14, 2021

*By ECF*

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

     **Re:** *Romero v. Route 11 Potato Chips, LLC*
       Civil Action Number: 20-cv-8528 (SHS)(BCM)

Dear Judge Stein:

  We represent the defendant Route 11 Potato Chips, LLC in the above-referenced litigation. We write on behalf of all parties to advise the Court that while the parties have resolved all issues in this litigation through settlement we need an additional two (2) weeks to file the stipulation of dismissal. We accordingly request all dates be adjourned without date to execute a stipulation of dismissal with prejudice.

  We thank the Court for its time and consideration.

            Respectfully submitted,

            Anthony J. Tomari

cc/ECF
*Counsel of Record*

  **The conference scheduled for today at 11:00 a.m. is adjourned until January 28, 2021, at 10:00 a.m. If the stipulation of dismissal is filed before January 28, the conference will be cancelled.**

  **Dated: New York, New York**
     **January 15, 2021**

            SO ORDERED

            SIDNEY H. STEIN
            U.S.D.J.